Filed 7/26/21  P. v. Mills CA1/5

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>SEAN D. MILLS, SR.,<br><br>        Defendant and Appellant. | A161629<br><br>(San Mateo County<br>Super. Ct. No. 19-SF-013857-A) |

Sean D. Mills, Sr. (appellant) appeals from a judgment following his no contest plea.  Appellant's counsel has raised no issue on appeal and asks this court for an independent review of the record to determine whether there are any arguable issues.  (*Anders v. California* (1967) 386 U.S. 738; *People v. Wende* (1979) 25 Cal.3d 436.)  Appellate counsel advised appellant of his right to file a supplementary brief to bring to this court's attention any issue he believes deserves review.  (*People v. Kelly* (2006) 40 Cal.4th 106.)  Appellant has not filed such a brief.  We have reviewed the record, find no arguable issues, and affirm the judgment.

1

BACKGROUND

In November 2019, appellant was charged by information with infliction of corporal injury on a spouse or cohabitant (Pen. Code, § 273.5, subd. (a)),[1] assault by means likely to cause great bodily injury (§ 245, subd. (a)(4)), assault with a deadly weapon (§ 245, subd. (a)(1)), and one misdemeanor count of petty theft (§ 484, subd. (a)).

In February 2020, appellant pled no contest to the corporal injury charge. Pursuant to the plea agreement, the remaining charges were dismissed. The plea agreement provided appellant would receive a maximum sentence of four years imprisonment.

According to the probation report, appellant assaulted his girlfriend, leaving bruises on both her legs and arms, an abrasion on her back, a swollen upper lip, and redness around her neck. The probation report stated appellant had continued to call and write the victim since his arrest for the present offense, in violation of a no-contact order. The report documented appellant's criminal history, including prior domestic violence offenses.

At sentencing, the trial court denied appellant's request for probation and sentenced appellant to the aggravated term of four years in prison, citing aggravating factors including his prior record and repeated violations of the no-contact order. The court imposed fines and fees, awarded credits, and imposed a protective order protecting the victim (§ 136.2). Appellant requested, and the trial court granted, a certificate of probable cause.

DISCUSSION

Appellant was adequately represented by legal counsel throughout the proceedings. He completed a plea form advising him of the consequences of

---

[1] All undesignated statutory references are to the Penal Code.

2

his no contest plea and describing the constitutional rights he was waiving, the trial court confirmed appellant understood those rights, and the court found appellant freely and intelligently waived those rights. Appellant was properly advised of the consequences of his plea by the written plea form and the trial court. The sentence, credits, fines, fees, and protective order were proper.[2]

## DISPOSITION

The judgment is affirmed.

---

[2] Appellate counsel identified an error in the abstract of judgment and has filed a request for correction in the superior court.

_____
SIMONS, ACTING P.J.

We concur:

_____
BURNS, J.

_____
RODRIGUEZ, J.*

A161629

_____
&ast; Judge of the Superior Court of Alameda County, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.